AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00356 |
| Leander Antwione Williams | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 11/07/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Leander Antwione Williams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Buildings)

Date: 11/07/2024

*Issuing officer's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* Nov. 7, 2024, and the person was arrested on *(date)* Nov. 14, 2024
at *(city and state)* SAVANNAH, GA.

Date: Nov 14, 2024

*Arresting officer's signature*

SPECIAL AGENT BRAD FISK
*Printed name and title*